FILED

07 JAN -4 PM 2:08

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2005 Grand Jury

07 CR 0035 L

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., |
| GLORIA EUGENIA LEON-ALDANA (1), aka Doña Gloria, | Secs. 1324(a)(1)(A)(i) and (v)(I) - Conspiracy to Harbor Illegal Aliens |
| JUAN ANDRES-SANTOS (2), AGUSTIN ALONSO-TERRERO (3), aka El Gigio, | |
| Defendants. | |

The grand jury charges:

Beginning at a date unknown to the grand jury and continuing up to and including December 18, 2006, within the Southern District of California, and elsewhere, defendants GLORIA EUGENIA LEON-ALDANA, aka Doña Gloria, JUAN ANDRES-SANTOS, and AGUSTIN ALONSO-TERRERO, aka El Gigio, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury, to

//

//

CPT:nlv(1):San Diego
1/4/07

commit offenses against the United States to knowingly harbor Guillermina Morales-Solache, Javier Jaimes-Nery, Karla Maria Garcia-Ehuan, Haniel Aguilar-Santiago, Bilardo Aguilar-Santiago, Ricardo Lopez-Moreno, and Adulfo DeJesus Ortiz; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (v)(I).

DATED: January 4, 2007.

A TRUE BILL:

_Shelly R. Ramirez_
Foreperson

CAROL C. LAM
United States Attorney

By: _Christopher P. Tenorio_
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney